1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL scottnjohnson@dapiinc.com

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11

12

13  Scott N. Johnson                 ) Case No.**2:11-cv-03229-WBS-KJN**
                                     )
14            Plaintiff,             ) STIPULATION AND ~~PROPOSED~~ ORDER
                                     ) RE: EXTENSION OF TIME UNTIL
15       vs.                         ) MARCH 21, 2012 FOR DEFENDANTS
                                     ) WATT CIRCLE SEVEN CORPORATION
16  Watt Circle Seven Corporation,   ) INDIVIDUALLY AND D/B/A WATT
                                     ) CIRCLE SEVEN; HAKMAT LABABEDY
17  et al,                           ) TO RESPOND TO COMPLAINT
                                     )
18            Defendants             )
                                     )
19  _____ )

20

21    Pursuant  to  Local  Rule  6-144 (a),  Plaintiff  Scott  N.

22  Johnson  and  Defendants,  Watt  Circle  Seven  Corporation

23  Individually  and  d/b/a  Watt  Circle  Seven;  Hakmat  Lababedy,

24  by  and  through  their  respective  attorneys  of  record,  Scott

25  N. Johnson; Wazhma Mojaddidi, stipulate as follows:

26

27          1. No extension of time has been previously

28             obtained.


              STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

2. Defendants Watt Circle Seven Corporation

Individually and d/b/a Watt Circle Seven;

Hakmat Lababedy are granted an extension until

March 21, 2012 to respond or otherwise plead

reference to Plaintiff's complaint.

3. Defendants Watt Circle Seven Corporation

Individually and d/b/a Watt Circle Seven;

Hakmat Lababedy response will be due no later

than March 21, 2012.


IT IS SO STIPULATED effective as of February 23, 2012


Dated:   February 22, 2012          /s/Wazhma Mojaddidi_____

                                    Wazhma Mojaddidi,

                                    Attorney for Defendants

                                    Watt Circle Seven

                                    Corporation Individually

                                    and d/b/a Watt Circle

                                    Seven; Hakmat Lababedy


Dated:   February 22, 2012          /s/Scott N. Johnson ____

                                    Scott N. Johnson,

                                    Attorney for Plaintiff


STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

1      **IT IS SO ORDERED:** that Defendants Watt Circle Seven

2  Corporation Individually and d/b/a Watt Circle Seven;

3  Hakmat Lababedy shall have until March 21, 2012 to respond

4  to complaint.

5

6  Dated: February 23, 2012

7

8                              WILLIAM B. SHUBB

9                              UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28