SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>vs.<br><br>Watt Circle Seven Corporation, et al,<br><br>    Defendants | Case No. **2:11-cv-03229-WBS-KJN**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME UNTIL MARCH 21, 2012 FOR DEFENDANTS WATT CIRCLE SEVEN CORPORATION INDIVIDUALLY AND D/B/A WATT CIRCLE SEVEN; HAKMAT LABABEDY TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Watt Circle Seven Corporation Individually and d/b/a Watt Circle Seven; Hakmat Lababedy, by and through their respective attorneys of record, Scott N. Johnson; Wazhma Mojaddidi, stipulate as follows:

1. No extension of time has been previously obtained.

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

2. Defendants Watt Circle Seven Corporation Individually and d/b/a Watt Circle Seven; Hakmat Lababedy are granted an extension until March 21, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Watt Circle Seven Corporation Individually and d/b/a Watt Circle Seven; Hakmat Lababedy response will be due no later than March 21, 2012.

IT IS SO STIPULATED effective as of February 23, 2012

Dated:   February 22, 2012              /s/Wazhma Mojaddidi_____
                                        Wazhma Mojaddidi,
                                        Attorney for Defendants
                                        Watt Circle Seven
                                        Corporation Individually
                                        and d/b/a Watt Circle
                                        Seven; Hakmat Lababedy

Dated:   February 22, 2012              /s/Scott N. Johnson ____
                                        Scott N. Johnson,
                                        Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants Watt Circle Seven Corporation Individually and d/b/a Watt Circle Seven; Hakmat Lababedy shall have until March 21, 2012 to respond to complaint.

Dated: February 23, 2012

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE