```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson
```

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>  Plaintiff;<br><br>  vs.<br><br>Watt Circle Seven Corporation, et al,<br><br>  Defendants. | Case No. **2:11-cv-03229-WBS-KJN**<br><br>**ORDER RE: REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

　　IT IS SO ORDERED THAT the parties shall file dispositional documents no later than **June 5, 2012**, or a Joint Status Report if settlement has not been finalized. The **Scheduling Conference is continued to June 11, 2012 at 2:00 p.m. in Courtroom 5, 14th Floor.**

Date:    May 16, 2012

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL

DOCUMENTS

CIV: S-11-3229-WBS-KJN- 1